UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Pamela S. King,

Plaintiff,

vs. ORDER

Minnesota Veterans Home,
Silver Bay,

Defendant. Civ. No. 00-1916 (DDA/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 21st day of February, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the conduct of a Rule 16 Conference. At the time of the Conference, the Plaintiff appeared by Kyle H. Torvinen, Esq., and the Defendant appeared by Timothy D. Webb, Assistant Minnesota Attorney General. For reasons which follow, we grant the parties' informal request that the pretrial processing of this action be stayed until the United States Supreme Court issues a decision on the appeal in Garrett v. University of Alabama, 193 F.3d 1214 (11th Cir. 2000).

The parties advise that the decision in Garrett could dispositively resolve the issue in Federal Court, thereby rendering

FEB 21 2001
... DOSAL, CLERK
... ENTD ...

any pretrial activities to be an unnecessary expense. While, we are generally disinclined to allow a Stay, especially if the case would likely be recommenced in a different forum, should it be dismissed in this Court, the contemplated delay appears to be a modest one. The parties advise that Certiorari in Garrett was granted on April 17, 2000, and that the Court heard argument in the case on October 11, 2000. A decision would appear to be imminent. Accordingly, in order to effectuate the mandate of Rule 1, Federal Rules of Civil Procedure, we grant the stay requested by the parties and direct that, within one week after the Supreme Court issues its decision in Garrett, the parties jointly contact the Court to consider the advisability of then conducting a further Rule 16 Conference.

NOW, THEREFORE, It is --

ORDERED:

That we grant the stay requested by the parties and direct that, within one week after the Supreme Court issues its decision in Garrett, the parties jointly contact the Court to consider the advisability of then conducting a further Rule 16 Conference.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE