**STATE OF MINNESOTA** | **DISTRICT COURT**

**ST. LOUIS COUNTY** | **SIXTH JUDICIAL DISTRICT**

**PAMELA S. KING**
**16 Evans Circle**
**Silver Bay, Minnesota 55614**

**Plaintiff,**

**vs.**

**MINNESOTA VETERAN'S HOME-SILVER BAY**
**45 Banks Boulevard**
**Silver Bay, Minnesota 55614**

**Defendants.**

**STIPULATION FOR DISMISSAL** and ORDER

**File No: 00 CV 1916 DDA/RLE**

The undersigned parties hereby agree and stipulate that the above captioned action should hereby be dismissed without prejudice.

Kyle H. Torvinen, Atty 245100
Hendricks, Knudson, Gee, Hayden, Torvinen & Weiby, S.C.
Attorneys for Plaintiff
1507 Tower Avenue, Suite 312
Superior, WI 54880
715-394-7751

Timothy Webb, Atty 271299
Minnesota Attorney General's Office

Attorneys for Defendant
445 MN Street, Suite 1100
St. Paul, MN 55101-2128
651-282-5700

The stipulated dismissal is hereby granted.

Dated this 29 day of March, 2001.

For the Court:

Judge Donald D. Alsop
District Court Judge

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____